# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

# CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)**

CASE NAME  Byron V. Naylor     CASE NO  17-14536 CMA

FOR:
- ✓ DEBTOR
- ___ JOINT DEBTOR
- ___ CREDITOR
- ___ ATTORNEY  ( Please include Bar ID Number _____ )
- ___ PLAINTIFF
- ___ DEFENDANT

OLD ADDRESS:

NAME: 5821 200th St. SW #123, Lynnwood, WA 98036

ADDRESS: _____

_____

PHONE: _____

EMAIL ADDRESS (attorney only): _____

NEW ADDRESS:

NAME: 12131 SE 18th St., Bellevue, WA 98005

ADDRESS: _____

_____

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/Mark Ditton #45432     Date 8/27/19

_____

Change of Address
Local Forms W.D. Wash. Bankr., Form 7
Eff. 12/1/16

RULE 9011-1. NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER OR EMAIL ADDRESS

**(a) Written Notice of Change of Address, Phone, Email Address**. ECF filers shall comply with Local Bankruptcy Rule 5005-1(a)(3) to accomplish changes of address, telephone number and email address, and shall not file a document or pleading with the court. A written notice of change of address, telephone number, and email address for non-ECF filers must be filed with the court and served on the trustee, parties requesting special notice, and all parties to any adversary proceeding.

**(b) Conclusive Address**. The address, telephone number, and email address of a party or his or her attorney, as noted on the first pleading filed by that party or attorney or as changed in accordance with subparagraph (a), shall be conclusively presumed to be the last known address, telephone number and email address of said party or attorney.